UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFIN MINTY,<br>           Plaintiff,<br>v.<br>TESLA, et al.,<br>           Defendants. | Case No. 22-cv-03253-SK<br><br>**ORDER TO SHOW CAUSE** |

On November 21, 2022, the Court continued the further case management conference to January 23, 2023, and notified Plaintiff that her case management statement was due to be filed by no later than January 17, 2023. Plaintiff failed to file a further case management statement and failed to attend the case management conference.

Moreover, at the last case management conference, the Court discussed Plaintiff's obligation to serve Defendants and extended the deadline to do so until December 19, 2022. It is not clear whether Plaintiff has complied with this deadline.

Therefore, the Court issues Plaintiff an Order to Show Cause ("OSC") in writing by no later than February 17, 2023, why this case should not be dismissed for failure to prosecute. If Plaintiff fails to respond to this OSC by this date, the Court will reassign this matter to a district court judge with a recommendation that the action be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: January 24, 2023

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge